# COMPLAINT
(for filers who are prisoners without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

(Full name of plaintiff(s))

Timothy Durley

v.

Case Number:

(Full name of defendant(s))

Nurse: Robert Ahlborg

(to be supplied by Clerk of Court)

A. PARTIES

1. Plaintiff is a citizen of Wisconsin, and is located at
(State)

Waupun, WI 53963, 200 S Madison St - Waupun Correctional Institute
(Address of prison or jail)

(If more than one plaintiff is filing, use another piece of paper.)

2. Defendant Robert Ahlborg
(Name)
is (if a person or private corporation) a citizen of Wisconsin

Complaint – 1

(State, if known)

and (if a person) resides at 200 S Madison, Waupun, WI, 53963

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for Department of corrections: Waupun Correctional Institution

(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

1. I Timothy Dueley #463024 am a inmate at Waupun Correctional Institution, in Waupun, WI. 2. on 12-18-20, while I Timothy Dueley #463024 was Residing on A Range cell A227 in RHu, inmate Jovan Mull #609199 Resided Next to me in cell A226. 3. inmate Jovan Mull #609199 was chemically sprayed on the Above Date. 4. Nurse Robert Ahlborg Appeared on the Range in front of my cell A227, I asked Nurse Robert Ahlborg I Need my Nebulizer treatment, & That i couldnt Breath & were having trouble Breathing & that im suppose to Be pulled out & get assess By a

Complaint – 2

nurse everytime, he said one that after he was done with inmate Jovan Mull he will pull me out & give me a Nebulizer treatment. & he walked off. 5. I was not pulled out to be assess nor given a nebulizer treatment so I wrote to HSU here & the supervisor concerning this of why I wasn't pulled out & giving a Nebulizer treatment due to me being a severe asthmatic, they reply was I never told staff nor a nurse, which is a lye, because hallway camera will show nurse Robert Ahlborg stepped up to my door & weeks later nurse Robert Ahlborg updated my health chart saying I Timothy Durley asked for a Nebulizer treatment. 6. im suing nurse Robert Ahlborg at his fullest capacity indivdually for failure to provide adequate medical treatment, due to me not being pulled out & assess & giving a Nebulizer treatment, I've have trouble breathing parts of the day & at night & trouble sleeping because of this. Nurse Robert Ahlborg were made aware of my asthmatic needs & ignored them which is a violation of my 8th Amendment Diliberate indifference & failure to provide adequate medical treatment.

C. JURISDICTION

☑ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D. RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

I'm suing Nurse Roberg Ahlborg at his fullest capacity & individually for 75,000 in compensatory damages, & 12,000 for punitive damages & I'm also requesting that he resigns from working at Waupun Correctional Institution

E.  JURY DEMAND

I want a jury to hear my case.

☑ – YES ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this __7th__ day of __Febuary__ 20__21__.

Respectfully Submitted,

__Timothy Durley__
Signature of Plaintiff

__463024__
Plaintiff's Prisoner ID Number

__PO Box 351__

__Waupun, WI, 53963__
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FULL FILING FEE

☑ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Full Filing Fee form and have attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Complaint – 5

Case 2:21-cv-00153-PP    Filed 02/08/21    Page 5 of 5    Document 1